UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNARD PETERSON,

    Plaintiff,

v.

Case No: 15-14447
Hon. Victoria A. Roberts

WAYNE COUNTY JAIL
MEDICAL STAFF, et al,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

On November 28, 2016, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation. No objections were filed by either party. For the reasons stated in the R & R, this case is DISMISSED without prejudice for failure to prosecute.

ORDERED.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: January 11, 2017

The undersigned certifies that a copy of this document was served on the attorneys of record and Bernard Peterson by electronic means or U.S. Mail on January 11, 2017.

s/Carol A. Pinegar
Deputy Clerk